United States District Court
for the District of New Jersey

_____

| | |
|---|---|
| **USA** : | |
| : | Crim. No. 11-674 |
| Plaintiff : | |
| vs. : | Order of Reassignment |
| **RAMON JIMENEZ** : | |
| : | |
| Defendant : | |

_____

It is on this 11th day of September 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.


                                                     S/Jerome B. Simandle
                                        Jerome B. Simandle, Chief Judge
                                        United States District Court